```
                UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION

REGGIE CHURCHWELL,           )
                             )
      Plaintiff,             )
                             )
           v.                )   NO.  3:10-0373
                             )
JOURNAL, INC.,               )   Judge Echols/Bryant
                             )   Jury Demand
      Defendant.             )
```

## O R D E R

The initial case management conference previous set in this matter on Monday, July 12, 2010, at 9:30 a.m. is **CANCELED** and **reset** to **June 21, 2010, at 11:00 a.m.**, in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee. The plaintiff is directed to notify the defendant of this change.

The parties are reminded that a proposed case management order is due three (3) business days prior to June 21, 2010.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge