UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


REGGIE CHURCHWELL                    )
                                     )
v.                                   )          NO. 3:10-0373
                                     )          JUDGE CAMPBELL
JOURNAL, INC.                        )


ORDER


     The Court is in receipt of a Notice of Voluntary Dismissal Pursuant to F.R.C.P.

41(a)(1)(A)(i).  Accordingly, the Clerk is directed the close the file.

     IT IS SO ORDERED.


TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE